UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORY D. SADLER,

      Plaintiff,                               Case No: 1:12-cv-1263

v.                                                    HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 28, 2014, recommending that this Court reverse and remand the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) for a re-evaluation of Dr. Cooney's May 4, 2011 opinion, an explanation for rejecting Plaintiff's limited ADLs as not "objectively verified," and a re-evaluation of Plaintiff's credibility with respect to his alleged need to lie down during the day. If the Commissioner finds on remand that Plaintiff's RFC has changed, then she should re-evaluate Plaintiff's RFC and determine whether he can perform the unskilled light jobs of cashier, assembler and inspector, or other work in the national economy. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 25) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is REVERSED and REMANDED.

A Judgment will be entered consistent with this Order.

Dated: February 19, 2014                          /s/ Janet T. Neff
                                                         JANET T. NEFF
                                                         United States District Judge